# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| Naomi Adams, | ) | Civil Action No. 2:17-2833-RMG |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER AND OPINION** |
| Patricia Grant, Colleton County Clerk of Court, | ) | |
| Defendant. | ) | |

This matter is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court summarily dismiss the complaint without prejudice and without service of process. Plaintiff filed a complaint under 42 U.S.C. § 1983 against Defendant Patricia Grant, the Colleton County Clerk of Court, alleging that the Clerk of Court did not properly file Plaintiff's post-conviction relief application and seeking $500,000 in damages. Plaintiff has not filed any objections to the Report and Recommendation.

The Court fully agrees with the determination of the Magistrate Judge that this action should be dismissed summarily and without service of process. The Colleton County Clerk of Court has absolute quasi-judicial immunity from suits for money damages arising from her official acts. *See Hamilton v. Murray*, 648 F. App'x 344, 345 (4th Cir. 2016). The Court therefore **ADOPTS** the Report and Recommendation of the Magistrate Judge (Dkt. No. 13) as the Order of the Court. The complaint is **DISMISSED WITH PREJUDICE**.

**AND IT IS SO ORDERED.**

Richard Mark Gergel
United States District Court Judge

December 6, 2017
Charleston, South Carolina

-1-